```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/26/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
LORI OSNOW

                Plaintiff,        09 Civ. 7183 (LLS)

    - against -                    **ORDER**

NEW YORK AND PRESBYTERIAN HOSPITAL,

                Defendant.
- - - - - - - - - - - - - - - - - -X

    My April 5, 2013 Order (Dkt. No. 25) directed plaintiff to "show cause in writing on or before Friday, May 3, 2013 why her complaint should not be dismissed for lack of prosecution," because over a year had passed "with no activity on plaintiff's part to prosecute this action."

    Plaintiff has not responded. A copy of the Order was mailed to her last known address at 165 Christopher Street, New York, New York 10014, on April 5, 2013 and returned to sender. Plaintiff has not provided the Court with an updated address. It appears she has abandoned this litigation.

    On the June 19, 2013 letter application by defendant, the complaint is therefore dismissed, without prejudice. See Fed. R. Civ. P. 41(b).

    So ordered.

Dated: New York, New York
       June 26, 2013

                                        *Louis L. Stanton*
                                        LOUIS L. STANTON
                                            U.S.D.J.